# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:04CR521-SNL |
| | ) | |
| JOSE FLORES a/k/a Joel Deleon, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After receiving and carefully reviewing the defendant's objections to the United States Magistrate Judge's Report and Recommendation filed May 20, 2005,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Frederick R. Buckles' Report and Recommendation filed May 20, 2005 is **SUSTAINED, ADOPTED AND INCORPORATED** herein. Upon review of the evidentiary hearing transcript as well as relevant case law, the Court concurs with the findings and recommendations of the United States Magistrate Judge's Report and Recommendation.

**IT IS FURTHER ORDERED** that the defendant's motion to quash arrest and suppress evidence (#35) is **DENIED**.

**IT IS FINALLY ORDERED** that the government's motion for a pretrial determination of the admissibility of defendant's statements, pursuant to Title 18 U.S.C. §3501 (#32) is **GRANTED**.

Dated this   13th   day of July, 2005.

　　　　　　　　　　　　　　　　　　　_Stephen N. Limbaugh_
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE